# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOHNNIE SMITH, ) | Case No.: ED CV 11-00734 VAP (SPx) |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| v. ) | |
| ) | |
| ENTERPRISE RECOVERY SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER OF DISMISSAL

Plaintiff, JOHNNIE SMITH, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

**IT IS SO ORDERED.**

Dated: December 22, 2011

_____
The Honorable Judge
United States District Judge

- 1 -

VOLUNTARY DISMISSAL